IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CAROLYN WEBB                                                                PLAINTIFF

v.                              No. 3:24-cv-39-DPM

LOVE BEAL & NIXON, PC;
LVNV FUNDING, LLC; and
RESURGENT CAPITAL SERVICES, LP                         DEFENDANTS

## JUDGMENT

The amended complaint is dismissed with prejudice. The Court retains jurisdiction until 3 January 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

4 November 2024